UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

PATRICIA HENDRICKS
FKA-PATRICIA HARRIS

    Plaintiff,

V.                                                CIVIL ACTION NO.

DEBT RECOVERY SOLUTIONS, LLC.

    Defendant.                                     MAY 20, 2008

## **COMPLAINT**

### I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Patricia Hendricks, an individual consumer, against Defendant Debt Recovery Solutions, LLC hereinafter ("DRS") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k (d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in

this District is proper in that the defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

3. Plaintiff is a natural person residing in Severn, Anna Arundel County and the State of Maryland.

4. Defendant, DRS, is a foreign corporation engaged in the business of collecting debt in this State with its principal place of business located at 900 Merchants Concourse, Suite 106, Westbury, NY 11590 and is authorized to do business in Maryland. The principal purpose of Defendant business is the collection of debts in this State and defendant regularly attempts to collect debts alleged to be due another.

5. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempt to collect consumer debts alleged to be due to another. Defendant is a debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS

6. On or about December 2007 Plaintiff informed DRS that she was a victim of identify theft; that she did not live in Maryland at the time the alleged account was opened and supplied DRS a case number provided to her by the police department when she had reported the identity theft. DRS failed to properly report a known disputed debt to TransUnion, when they reported this debt February 21, 2008.

7. DRS reported Plaintiff's credit information to TransUnion on February 21, 2008. See Exhibit 1

8. DRS advised plaintiff during a phone conversation that she could not make an oral dispute on a debt.

9. On or about April 7, 2008 Plaintiff contacted DRS to speak with a supervisor for clarity on what information it required to remove the identity theft charges from Plaintiff's credit file and DRS used abusive language to Plaintiff.

10. As a result of the acts alleged above, Plaintiff has been damaged.

## V. CLAIM FOR RELIEF

11. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

12. DRS violated the FDCPA. Defendant DRS violations include but are not limited to the following:

(a) Violation of §1692d (2).

(b) Violation of §1692e (8).

(c) Violation of §1692g and e.

13. As a result of the foregoing violations of the FDCPA, DRS is liable to the plaintiff Patricia Hendricks for declaratory judgment that DRS' conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney's fees.

WHEREFORE, plaintiff Patricia Hendricks respectfully requests that judgment be entered against defendants DRS for the following:

A. Declaratory judgment that defendant's conduct violated the FDCPA;

B. Actual damages;

C. Statutory damages pursuant to 15 U.S.C. § 1692k;

D. Costs and reasonable attorney's fees pursuant to 15 US. 1692k (3).

E. For such other and further relief as the Court may deem just and proper.

THE PLAINTIFF

BY /s/ Bernard T. Kennedy
Bernard T. Kennedy, Esq.
207 Miles River Court
Odenton, MD 21113
Ph  (410) 305-4000
Fax (410) 305-4005
Fed. Bar # Md26843
bernardtkennedy@yahoo