UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PATRICIA HENDRICKS

  Plaintiff,      CIVIL ACTION NO.
             1:08 CV 1315 JFM
V.

DEBT RECOVERY SOLUTIONS, LLC.


  Defendants.      JULY 14, 2008


## STIPULATION FOR DISMISSAL

The Plaintiff through his attorney Bernard T. Kennedy and Defendant Debt Recovery Solutions, LLC stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

              THE PLAINTIFF

              BY/S/Bernard T. Kennedy
                Bernard T. Kennedy, Esquire
                Bernard T. Kennedy & Associates
                P.O. Box 657
                Edgewater, MD 21037
                Ph  (443) 607-8901
                Fax (443) 607-8903
                Fed. Bar # Md26843
                bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 7/14/08 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy